UNITED STATES DISTRICT COURT
FOR THE DISTRCIT OF COLUMBIA

UNITED STATES OF AMERICA  :  CRIM. NO. 08-161-M-02

v.

MERIAM A. PARSONS

APPEARANCE PRAECIPE

The Clerk of Court will please enter the appearance of Mitchell S. Baer, Esquire, for Defendant Meriam A. Parsons pursuant to Court appointment under the Criminal Justice Act this 4th day of March, 2008.

Respectfully submitted,

-s-
_____
Mitchell S. Baer
Bar No. 288324
717 D Street, N.W., Suite 210
Washington, D.C. 20004
202-347-1250