UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO. 08-161-M2 |
| | | (JMF) |
| v. | : | |
| MERIAM PARSONS | : | |

### MOTION TO DISMISS COMPLAINT

Defendant Meriam Parsons, through counsel, respectfully moves this Honorable Court to dismiss the complaint in this case with prejudice. In support thereof, Defendant submits the following:

1. On March 4, 2008, Defendant Meriam Parsons was arrested and presented along with co-defendant Barnard Morgan on the charge of Possession With Intent To Distribute Cocaine Base. Ms. Parsons pleaded not guilty and was detained pending a Detention Hearing.

2. On March 7, 2008, the Court found probable cause to believe that Ms. Parsons had committed the offense charged, and released her on personal recognizance with conditions.

3. The Government is required to indict a defendant within thirty days of the date the defendant was arrested or served with a summons. 18 U.S.C. 3161(b). Upon information and belief, the Government has not filed an indictment within the thirty period. Where an indictment is not filed within this time limit, "… such charge against that individual contained in such complaint shall be dismissed or otherwise dropped." 18 U.S.C. 3162(a)(1). Moreover, the dismissal may be with prejudice.

4. Wherefore, premises considered Defendant Parsons respectfully requests this Court to dismiss with prejudice the complaint charging her with Possession With Intent to Distribute Cocaine Base.

Respectfully submitted,

/s/
_____
Mitchell S. Baer
Bar No. 288324
717 D Street, N.W., Suite 210
Washington, D.C. 20004
202-347-1250

CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion has been filed via ECF and thus served on all parties.

/s/
_____
Mitchell S. Baer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **MAGISTRATE NO. 08-161-M2** (JMF) |
| v. | : | |
| **MERIAM PARSONS** | : | |

### ORDER

Upon consideration of Defendant Parsons' Motion To Dismiss Complaint, it is this _____ day of April, 2008,

**ORDERED** that Defendant Parsons' Motion is hereby granted, and the complaint in this case filed on March 4, 2008, is dismissed with prejudice.

_____
John M. Facciola
United States Magistrate District Judge