UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**UNITED STATES OF AMERICA,**

        v.                                          CR NO. 08-161M (JMF)

**BERNARD MORGAN,**
**MERIAM PARSONS,**

        **Defendants.**

---

### SHOW CAUSE ORDER

It appearing, upon representation of defense counsel, that the government has failed to indict either defendant within thirty days of the date the defendants were arrested or served with a summons pursuant to 18 U.S.C. 1361(b), it is, hereby,

**ORDERED** that the government show cause in writing by close of business Friday, April 11, 2008, why the Court should not dismiss with prejudice the complaints against Morgan and Parsons.

        **SO ORDERED.**

                                                      _____/S/_____
                                                      **JOHN M. FACCIOLA**
                                                      **UNITED STATES MAGISTRATE JUDGE**

**April 7, 2008**