**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **Cr. No.  08-161M (JMF)** |
| | : | |
| **BERNARD MORGAN,** | : | |
| **MERIAM PARSONS,** | : | |
| | : | |
| **Defendants.** | : | |

**GOVERNMENT'S OPPOSITION TO DEFENDANTS'**
**MOTIONS TO DISMISS THE COMPLAINT**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully opposes the motions to dismiss the complaint filed by Defendants Bernard Morgan and Meriam Parsons.  In support of this opposition, the United States relies on the following points and authorities and such other points and authorities as may be cited at a hearing regarding the defendants' motions:

1.      On March 4, 2008, Defendants Bernard Morgan and Meriam Parsons were arrested by members of the Metropolitan Police Department and were charged with one count of Possession with Intent to Distribute a controlled substance, in violation of 21 U.S.C. sec. 841(a)(1).  Each defendant entered a plea of not guilty at the initial hearing, and the case was continued until March 7, 2008, for a combined preliminary/preventive detention hearing.

2.      On March 7, 2008, the Court found probable cause to believe that each defendant committed the offense listed in the criminal complaint.  Defendant Bernard Morgan was held without bond pending trial and Defendant Meriam Parsons was released on her personal recognizance with conditions.

3.    Pursuant to 18 U.S.C. sec. 3161(b), any information or indictment charging an individual with the commission of an offense shall be filed within 30 days from the date on which such individual was arrested or served with a summons in connection with such charges.  The defendants allege in their motions that the government failed to comply with this 30-day requirement.  That allegation is incorrect because the government did timely file an indictment.

4.    On April 3, 2008, the government filed a two count indictment against the defendants. In Count One, the defendants are charged with Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base and Aiding and Abetting, and in Count Two, the defendants are charged with Unlawful Possession with Intent to Distribute Cannabis and Aiding and Abetting.  The filing of this indictment on April 3, 2008 is reflected on this Court's docket report.

WHEREFORE, the United States respectfully opposes the motions to dismiss the complaint filed by Defendants Bernard Morgan and Meriam Parsons, and requests that those motions be denied.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY


_____/s/_____

By:    OPHER SHWEIKI
Assistant United States Attorney
Bar No. 458776
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-8822
Opher.Shweiki@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the "GOVERNMENT'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE COMPLAINT" was served upon counsel of record for Defendant Bernard Morgan, David Bos, Assistant Federal Public Defender, 625 Indiana Avenue, N.W., Suite 550, Washington, D.C.  20004, and counsel of record for Defendant Meriam Parsons, Mitchell S. Baer, 717 D Street, N.W., Suite 210, Washington, D.C. 20004, through the electronic court filing system, this 10th day of April 2008.


_____/s/_____

OPHER SHWEIKI